# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00606-GCM

| | |
|---|---|
| **CHERRY REAVES,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **ELIZABETH TROSH,** <br> **SHEA LAWS YOUTH AND FAMILY,** <br> **TWYOLA HOLLINGSWORTH,** <br> **CHRISTIAN HOEL,** <br> **HUGH LEWIS,** | |
| **Defendants.** | |

**THIS MATTER** is before the Court on its own motion. Plaintiff Cherry Reaves filed a pro se complaint on November 10, 2021. ECF No. 1. She also filed a motion seeking to proceed *in forma pauperis* on the same day. ECF No. 2. Her motion for pauper status was denied on November 17, 2021 because the motion was almost entirely incomplete. *See* ECF No. 2 & 4. Reaves filed an amended *in forma pauperis* motion on December 14, 2021. ECF No. 5. This motion was also denied on December 20, 2021 because it continued to lack "key pieces of information" necessary to determining Reaves' financial status. ECF No. 6 at 1. The Court ordered Reaves to pay a filing fee within 21 days, warning that her action would be dismissed without further notice if she failed to do so. *Id.* at 2.

Reaves has still not paid the filing fee nearly three months later. The Court concludes that the action must be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that:

1. The Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to timely submit a filing fee.

2. The Clerk is directed to **CLOSE THE CASE**.

**SO ORDERED**.

Signed: March 14, 2022

Graham C. Mullen
United States District Judge