# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Cherry Reaves**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00606-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Elizabeth Trosh | ) | |
| Shea Laws Youth and Family | | |
| Twyola Hollingsworth | | |
| Christian Hoel | | |
| Hugh Lewis**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 14, 2022 Order.

March 14, 2022

_____
Frank G. Johns, Clerk
United States District Court